**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RIVERA,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL A. SMELOSKY, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 08-08460 VAP (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of RICARDO RIVERA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 26, 2009

*Virginia A. Phillips*

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE